# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00683-CV

**Jane Doe and John Doe, Appellants**

**v.**

**Arguello Hope & Associates, PLLC; Philip K. Broderick, Individually;
Andres A. Arguello, Individually; Samantha Fenwich, Individually; Schavon J. Jahn;
and Albert Zavala, Appellees**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 433RD JUDICIAL DISTRICT
### NO. C2017-0422D, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On November 1, 2017, we informed appellants that it appeared from the clerk's record that they were attempting to appeal from an interlocutory order that was not immediately appealable under statute. We requested a response explaining how we might exercise jurisdiction over the appeal no later than November 17. To date, appellants have not responded to our letter. We therefore dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); *see also id.* R. 42.3(c) (court of appeals may dismiss if appellant does not comply with notice from clerk requiring response within certain time).

_____

David Puryear, Justice

Before Justices Puryear, Field, and Bourland

Dismissed for Want of Jurisdiction

Filed:   December 5, 2017